UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
921 Ohio St Rm 104
Terre Haute, IN 47807

B18 (rev 08/2010)

In Re:
   Danny R Marshall
      SSN: xxx–xx–8845    EIN: NA
   Theresa L Marshall
      SSN: xxx–xx–2008    EIN: NA
   Debtor(s)

Case Number:
**10–81558–FJO–7**

## DISCHARGE OF DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated:   January 11, 2011

JUDGE FRANK J. OTTE
U.S. BANKRUPTCY COURT

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are **NOT** discharged in a chapter 7 bankruptcy case are:

  a. Debts for most taxes;
  b. Debts incurred to pay for nondischargeable taxes (in a case filed on or after October 17, 2005);
  c. Debts that are domestic support obligations;
  d. Debts for most student loans;
  e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
  f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
  g. Some debts which were not properly listed by the debtor;
  h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
  i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
  j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0756-2           User: jlhobgood              Page 1 of 2                   Date Rcvd: Jan 11, 2011
Case: 10-81558                 Form ID: b18                 Total Noticed: 57

The following entities were noticed by first class mail on Jan 13, 2011.
db/jdb          Danny R Marshall,    Theresa L Marshall,    2149 N. 200 W,    Dana, IN  47847
10209408       +AP&S Clinic,   221 S. 6th Street,    Terre Haute, IN 47807-4214
10209401        Academy Collection Service, Inc.,    10965 Decatur Road,    Philadelphia, PA 19154-3210
10209402       +Advance Dental,    2955 Professional Lane,    Terre Haute, IN 47802-3300
10209403       +Advance Dental,    John Pollock,   2955 Professional Lane,    Terre Haute, IN 47802-3300
10209405        Advance Recovery Services,    P.O. Box 2428,    Indianapolis, IN  46206-2428
10209404       +Advance Recovery Services,    P.O. Box 3689,    Terre Haute, IN 47803-0689
10209406       +Anesthesia Of The Wabash Valley LLC,    7 Meadows Shopping Center,    Terre Haute, IN 47803-2373
10209407       +Anesthesia Of The Wabash Valley LLC,    P.O. Box 3169,    Terre Haute, IN 47803-0169
10209411       +Beneficial,   3712 S. US Hwy 41,    Terre Haute, IN 47802-4106
10209412       +Brett J. Guinn, MD,    1818 N. 6th Street,    Terre Haute, IN 47804-4021
10209413       +CAC Financial Corp,    2601 NW Expwy,    Oklahoma City, OK 73112-7236
10209414        CCB,   118 East Main, Suite 100,    Crawfordsville, IN  47933-1725
10209415       +CCs Inc,   3135 Wabash Ave,    Terre Haute, IN 47803-1517
10209418       +Dr. Curtis Seitz,    788 S. 3rd Street,    Terre Haute, IN 47807-4653
10209419       +Dr. Gary Ulrich,    1725 N. 5th Street,    Terre Haute, IN 47804-4010
10209420       +Dr. Lueking,   1818 N. 6th Street,    Terre Haute, IN 47804-4021
10209421       +Dr. Patrick Oneil, MD,    Regional Hospital,    3901 S. 7th Street,    Terre Haute, IN 47802-4299
10209422       +Dr. Rathod,    Union Hospital,    1606 N. 7th Street,    Terre Haute, IN 47804-2780
10209423       +Dr. Sanjay Pathak,    Union Hospital,    1606 N. 7th Street,    Terre Haute, IN 47804-2780
10209424       +Dr. Stanley Drake,    OBGYN,   525 S. 4th Street,    Terre Haute, IN 47807-4303
10209425       +Equifax Information Services,    ATTN: Dispute Resolution,    P.O. Box 105873,
                 Atlanta, GA 30348-5873
10209426       +Experian Information Solutions,    ATTN: Supervisor, Legal Department,    P.O. Box 1240,
                 Allen, TX 75013-1240
10209427       +FW Radiology,    P.O. Box 5602,    Fort Wayne, IN 46895-5602
10209429       +Goebel Law Office,    P.O. Box 806,    Crawfordsville, IN 47933-0806
10209430        Hoosier Account Services,    315 N. Main Street, P.O. Box 4007,    Evansville, IN  47724-0007
10209431       +Hoosier Propane,    P.O.Box 189,    1215 W. State Rd 42,    Brazil, IN 47834-7509
10209433       +Indiana MRI Of Terre Haute,    4313 S. 7th Street,    Terre Haute, IN 47802-4365
10209436       +Medical Account Manangement,    2901 Ohio Blvd, Ste 127,    Terre Haute, IN 47803-2239
10209437       +Michael Kiefer,    333 Ohio Street, Suite 200,    Indianapolis, IN 46204-4606
10209438        Midwest Medical Management,    P.O. Box 42329,    Philadelphia, PA 19101-2329
10209439       +NCO Financial,    140 Sprint Dr.,    Blountville, TN 37617-5455
10209441       +Pathology Assoc Of Terre Haute,    P.O. Box 9524,    Terre Haute, IN 47808-9524
10209442       +Personal Finance Company,    P.O. Box 516,    Danville, IL 61834-0516
10209443       +Phelps Brothers Trash Disposal,    5501 US 136,    Covington, IN 47932
10209444       +Professional Accounts Services, Inc,    P.O. Box 10907,    Terre Haute, IN 47801-0907
10209445        Roland M. Kohr & Associates, Inc.,    P.O. Box 2103,    Indianapolis, IN  46206-2103
10209446       +Sacopulos, Johnson & Sacopulos,    676 Ohio Street,    Terre Haute, IN 47807-3524
10209448       +Sprint Customer Service,    P.O. Box 8077,    London, KY 40742-8077
10209449       +Terre Haute Med-Lab,    P.O. Box 9359,    Terre Haute, IN 47808-9359
10209450       +Terre Haute OBGYN LLC,    AP&S LLC,   1530 N. 7th Street,    Terre Haute, IN 47807-1057
10209452       +TransUnion LLC,    ATTN: Dispute Resolution Dept.,    P.O. Box 2000,    Chester, PA 19016-2000
10209434       ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:  Kroger Personal Finance,    P.O. Box 42022,
                 Providence, RI  02940-2022)
10209453        Union Hospital Clinton ER,    P.O. Box 2505,    Indianapolis, IN  46206-2505
10209454        Union Hospital, Inc.,    1606 N. 7th Street,    Terre Haute, IN  47804-2780
10209456       +Vermillion Parke Clinic,    777 S. Main Street, Suite 100,    Clinton, IN 47842-2493
10209457       +West Central Community Hospital,    801 South Main Street,    Clinton, IN 47842-2261
The following entities were noticed by electronic transmission on Jan 11, 2011.
10209410       +EDI: HFC.COM Jan 11 2011 19:33:00      Beneficial,    HSBC Group,    P.O. Box 4153,
                 Carol Stream, IL 60197-4153
10209416       +E-mail/Text: bgibson@cranecu.org                            Crane Federal Credit Union,
                 1125 Ohio Street,    Terre Haute, IN 47807-3817
10209417        EDI: HFC.COM Jan 11 2011 19:33:00      Direct Merchants Bank,    Payment Center,    P.O. Box 5241,
                 Carol Stream, IL  60197-5241
10209428       +E-mail/Text: BANKRUPTCY@GLACOMPANY.COM                            GLA Collection,    P.O. Box 7728,
                 2630 Gleeson Ln,    Louisville, KY 40299-1772
10209432       +EDI: HFC.COM Jan 11 2011 19:33:00      Hsbc Bank,    Attn:Bankruptcy,    P.O. Box 5250,
                 Carol Stream, IL 60197-5250
10209435        EDI: RMSC.COM Jan 11 2011 19:33:00      Lowes,    P.O. Box 530914,    Atlanta, GA  30353-0914
10209440       +E-mail/Text: bankruptcy@oldnational.com                            Old National Bank,
                 P.O. Box 867,    Evansville, IN 47705-0867
10209447       +EDI: NEXTEL.COM Jan 11 2011 19:33:00      Sprint,    PO Box 361743,    Columbus, OH 43236-1743
10209451       +EDI: HCA.COM Jan 11 2011 19:33:00      Terre Haute Regional Hospital,    P.O. Box 99008,
                 Bedford, TX 76095-9108
10209455       +EDI: AFNIVZCOMBINED.COM Jan 11 2011 19:33:00      Verizon Inc.,    P.O. Box 920041,
                 Dallas, TX 75392-0041
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10209409    ##++APEX MANAGEMENT,    PO BOX 9483,    TERRE HAUTE IN  47808-9483
                (address filed with court:  Apex Management,    P.O. Box 907,    Terre Haute, IN  47801)
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0756-2           User: jlhobgood            Page 2 of 2              Date Rcvd: Jan 11, 2011
Case: 10-81558                 Form ID: b18               Total Noticed: 57
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 13, 2011**                     **Signature:**    *Joseph Speetjens*